October 19, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

LATASHA ROSE, Appellant

NO. 14-16-00687-CV                    V.

HOUSTON INDEPENDENT SCHOOL DISTRICT, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Houston Independent School District, signed August 3, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Latasha Rose, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.